```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS
                 CORPUS CHRISTI DIVISION
```

|   |   |
|---|---|
| IN RE: HECTOR GARCIA, | § § § § § § § | Misc. No. 06-121 |

### ORDER

On this day the Court held a hearing as to whether Deputy Constable Hector Garcia should be held in criminal contempt, pursuant to Rules 17(g) and 42 of the Federal Rules of Civil Procedure, as well as 18 U.S.C. § 401. After considering all the evidence presented at the hearing, as well as the arguments of counsel, the Court makes a finding of NO CONTEMPT as to Deputy Constable Garcia.

SIGNED and ENTERED this 5th day of January, 2007.

_____
Janis Graham Jack
United States District Judge